1  Andrea Broussard, *Pro Per*
   16424 Foothill Boulevard #20
2  San Leandro, CA 94578

3  Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA BROUSSARD, an Individual, | No. C06-02189 |
| Plaintiffs, | |
| v. | **NOTICE OF DISMISSAL OF DEFENDANT CITI AUTO** |
| COLONY SWISS; AKA SEVENTH AVENUE, TRANS UNION LLC, a Delaware limited liability corporation; EQUIFAX LLC, a Georgia limited liability corporation; EXPERIAN INFORMATION SOLUTION, a foreign corporation, CAPITAL ONE AUTO FINANANCE, ONYX ACCEPTANCE CORP., AMERICREDIT, NCO GROUP, AMERICAN EXPRESS, JP MORGAN CHASE BANK NA, MBNA, TRIAD FINANCIAL CORP, CITI AUTO, WELLS FARGO FINANCIAL, KIA OF HAYWARD, FIRST AMERICAN CREDCO, AND DOES 1-20, | [FRCP 41(a)(1)(i)] |
| Defendants. | |
| | Complaint Filed: March 27, 2006 |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECECORD: Plaintiff Andrea Broussard hereby dismisses defendant CITIFINANCIAL AUTO CORP., sued erroneously as "CITI AUTO" with prejudice.

1

NOTICE OF DISMISSAL OF DEFENDANT CITI AUTO

1 | Dated: May 31, 2007

By _____
Andrea Broussard, Plaintiff *Pro Per*

Dated: 7/19/2007

**IT IS SO ORDERED**
*[Signature]*
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

NOTICE OF DISMISSAL OF DEFENDANT CITI AUTO