1  Abraham J. Colman (State Bar No. 146933)
   Kristine H. Chen (State Bar No. 239925)
2  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
3  Los Angeles, CA  90071-1514
   Telephone:    213.457.8000
4  Facsimile:    213.457.8080
   Email:    acolman@reedsmith.com
5  Email:    kchen@reedsmith.com

6  Attorneys for Defendants
   CAPITAL ONE AUTO FINANCE; and
7  ONYX ACCEPTANCE CORPORATION

8

9               UNITED STATES DISTRICT COURT

10       NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

11

12  ANDREA BROUSSARD,                    Case No. 006-02189 MJJADR

13              Plaintiff,               The Honorable Martin J. Jenkins

14       vs.                             JOINT STIPULATION AND [PROPOSED]
                                         ORDER FOR DISMISSAL, WITH
15  COLONY SWISS; AKA SEVENTH            PREJUDICE, OF DEFENDANTS CAPITAL
    AVENUE, TRANS UNION LLC, a           ONE AUTO FINANCE AND ONYX
16  Delaware limited liability           ACCEPTANCE CORPORATION
    corporation; EQUIFAX LLC, a
17  Georgia limited liability
    corporation; EXPERIAN
18  INFORMATION SOLUTION, a
    foreign corporation CAPITAL
19  ONE AUTO FINANCE, ONYX
    ACCEPTANCE CORP.,
20  AMERICREDIT, NCO GROUP,
    AMERICAN EXPRESS, JP MORGAN
21  CHASE BANK NA, MBNA, TRIAD
    FINANCIAL CORP, CITI AUTO,
22  WELLS FARGO FINANCIAL, KIA
    OF HAYWARD, FIRST AMERICAN
23  CREDCO, AND DOES 1-20

24              Defendants.

25

26

27       Plaintiff Andrea Broussard and Defendants Capital One Auto

28  Finance ("Capital One") and Onyx Acceptance Corporation ("Onyx")

---

STIPULATION FOR DISMISSAL WITH PREJUDICE OF CAPITAL ONE AND ONYX

have reached a settlement in the above-referenced matter, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal, with prejudice, of Capital One and Onyx from this action. Each party agrees to bear its own costs and fees.

DATED: August 21, 2007

ANDREA BROUSSARD

DATED: August 21, 2007

REED SMITH LLP

By _____
Kristine H. Chen
Attorneys for Defendants
CAPITAL ONE AUTO FINANCE;
and ONYX ACCEPTANCE
CORPORATION

[PROPOSED] ORDER

Pursuant to the stipulation above, IT IS SO ORDERED.

Dated: 8/22/2007

_____
The Honorable Martin J. Jenkins

- 1 -
STIPULATION FOR DISMISSAL WITH PREJUDICE OF CAPITAL ONE AND ONYX