**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  ANDREA BROUSSARD,                              No. C06-02189 MJJ

12              Plaintiff,                    **ORDER DISMISSING CASE**

13      v.

14  COLONY SWISS,

15              Defendant.
                                              /
16

17          On March 27, 2006 Plaintiff Andrea Brossard ("Plaintiff") filed a Complaint against

18  Defendants Colony Swiss, Trans Union LLC ("Trans Union"), Equifax LLC ("Equifax"), Experian

19  Information Solutions, Capital One Auto Finance ("Capital One"), Onyx Acceptance Corporation

20  ("Onyx"), Americredit, NCO Group, American Express, JP Morgan Chase Bank NA, MBNA, Triad

21  Financial Corporation, Citi Auto, Wells Fargo Financial, KIA of Hayward and First American

22  Credco.  (Docket No. 1.)  Only Defendants Trans Union, Equifax, Capital One and Onyx filed

23  responsive pleadings.  (*See* Docket Nos. 11, 15, 21.)  Plaintiff and Defendants Trans Union, Equifax,

24  Capital One and Onyx, in a case management conference statement, reported that Plaintiff failed to

25  serve the other Defendants.  (*See* Docket No. 29, Case Mgmt. St. ¶ 3.)  On July 18, 2006, the Court

26  ordered Plaintiff to provide the Court with a list of addresses to effect service on all remaining

27  unserved Defendants by August 25, 2006, or the case would be dismissed as to those Defendants for

28  failure to effect service.  (*See* Docket No. 30, Pretrial Order)  Plaintiff did not submit the addresses

of unserved Defendants as required.  Therefore, all unserved Defendants are dismissed from the

**United States District Court**
For the Northern District of California

1    case.[1]

2         On March 16, 2007, the Court granted Defendant Trans Union's Motion for Summary

3    Judgement.  (Docket No. 40.)  On July 23, 2007, Plaintiff voluntarily dismissed Defendant Citi Auto

4    from the case.  (Docket No. 44.)  On August 24, 2007, Plaintiff and Defendants Capital One and

5    Onyx reached a settlement and stipulated to a dismissal.  (Docket No. 46.)  All matters are resolved,

6    therefore, as to all parties in the case.  The Court therefore **ORDERS** the case dismissed.  The Clerk

7    of the Court is directed to close the file and vacate all future dates.

8

9    **IT IS SO ORDERED.**

10

11

12   Dated: November 15, 2007

13                                                      MARTIN J. JENKINS
                                                       UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[1] Defendants dismissed from the case for failure to serve are Colony Swiss, Experian Information Solutions, Americredit, NCO Group, American Express, JP Morgan Chase Bank NA, MBNA, Triad Financial Corporation, Citi Auto, Wells Fargo Financial, KIA of Hayward and First American Credco.

2